[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 24, 2007
THOMAS K. KAHN
CLERK

No. 06-12029
_____

D. C. Docket No. 02-03165 CV-CAP-1

DOCTOR'S HOSPITAL AUGUSTA,
Assignee of Candace A. Murray, Deceased,

Plaintiff-Appellant,

versus

HORTON HOMES, INC.,

Defendant-Cross
Defendant-Appellee,

ACS BENEFIT SERVICES, INC.,
J. SMITH LANIER AND CO.
ADMINISTRATORS, INC.,

Defendants-Cross
Claimants.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

**(January 24, 2007)**

Before ANDERSON and BARKETT, Circuit Judges, and STROM,* District
Judge.

_____

*Honorable Lyle E. Strom, United States District Judge for the District of Nebraska, sitting by
designation.

PER CURIAM:

After oral argument and careful consideration, we conclude that the district court is due to be affirmed because plaintiff has not proved that the decision of the plan administrator was wrong. The evidence before the decision-maker clearly indicated that Candace was not "principally dependent" on her father, the covered employee.

Accordingly, the judgment of the district court is

AFFIRMED.